NO. **1524608**, 1524439

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| vs. | § | 8th JUDICIAL DISTRICT |
| MIKE ALVIN RUIZ | § | HOPKINS COUNTY, TEXAS |

FILED IN
COURT OF APPEALS
TEXARKANA, TEXAS
5/21/2015 11:46:07 AM
DEBBIE AUTREY
Clerk

FILED

MAY 1 9 2015

Cheryl Fletcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mike Alvin Ruiz, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Mike Alvin Ruiz.

Respectfully submitted,

Roland Fergurson
1804 Woodbridge Drive
Sulphur Springs, TX 75482
Tel: (903) 335-8412
Fax: (903) 335-8412

By: _Roland Fergurson_
Roland Fergurson
State Bar No. 00786425
Attorney for Mike Alvin Ruiz

### CERTIFICATE OF SERVICE

This is to certify that on May 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by Hand delivery.

_Roland Fergurson_
Roland Fergurson